PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
JASON HITT
ALSTYN BENNETT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CESAR SARABIA,<br>MICHAEL WILLIAM HUTCHINSON III,<br>JOSE MIGUEL HERNANDEZ JR.,<br>MULAN PRECIOUS KEOPHIMANH,<br>JOHNNY BOBBY TRUONG,<br>GUADALUPE MANUEL CERVANTES,<br>  aka "Pep" and<br>TANYA DUERELLE LAWSON,<br><br>Defendants. | CASE NO.  2:24-CR-00164 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:    November 7, 2024<br>TIME:    9:30 a.m.<br>COURT:  Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status conference on November 7, 2024.  ECF 66.

2. By this stipulation, the parties now move to continue the status conference until January 30, 2025, and to exclude time between November 7, 2024, and January 30, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery associated with this case and produced to date includes reports, photographs, and other data, which has been either produced directly to counsel and/or made

available for inspection and copying.

  b) Counsel for the government has indicated that additional discovery is forthcoming, including additional reports, voluminous Title III intercepts and aerial wing surveillance.

  c) Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government joins the request to continue.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 7, 2024 to and including January 30, 2025, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///

| | |
|---|---|
| Dated: October 30, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALSTYN BENNETT<br>ALSTYN BENNETT<br>Assistant United States Attorney |
| Dated: October 30, 2024 | /s/ DOUGLAS BEEVERS<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Counsel for Defendant<br>JULIO CESAR SARABIA |
| Dated: October 30, 2024 | By: /s/ CHRISTOPHER COSCA<br>CHRISTOPHER COSCA<br>Counsel for Defendant<br>MICHAEL WILLIAM HUTCHINSON, III |
| Dated: October 30, 2024 | By: /s/ JENNIFER MOUZIS<br>JENNIFER MOUZIS<br>Counsel for Defendant<br>JOSE MIGUEL HERNANDEZ, JR. |
| Dated: October 30, 2024 | By: /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>MULAN PRECIOUS KEOPHIMANH |
| Dated: October 31, 2024 | By: /s/ TAMARA SOLOMAN<br>TAMARA SOLOMAN<br>Counsel for Defendant<br>JOHNNY BOBBY TRUONG |
| Dated: October 30, 2024 | By: /s/ PHILIP COZENS<br>PHILIP COZENS<br>Counsel for Defendant<br>GUADALUPE MANUEL CERVANTES |
| Dated: October 30, 2024 | By: /s/ JOHN MANNING<br>JOHN MANNING<br>Counsel for Defendant<br>TANYA DUERELLE LAWSON |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the November 7, 2024, status conference and resets the matter for a status conference on January 30, 2025, at 9:30 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between November 7, 2024, and January 30, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from November 7, 2024, up to and including January 30, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 31st day of October, 2024.

_____
Troy L. Nunley
Chief United States District Judge