HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO SARABIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00164-DC-1 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| JULIO SARABIA, | Judge: Hon. Dena M. Coggins |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for JULIO SARABIA, that the sentencing hearing scheduled for June 13, 2025, at 9:30 a.m., be vacated and the matter continued to September 19, 2025, at 9:30 a.m.

The defense requests the additional time in order to investigate facts related to informal objections which have been filed and other mitigation evidence. Additional time is needed for counsel to travel to Taft, California to meet the client to prepare for sentencing and the possibility of testifying regarding the objections. This is the first requested continuance of the Sentencing Hearing in this matter.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy sentencing.

Stipulation and Proposed Order                          -1-

DATED: May 22, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JULIO CESAR SARABIA

DATED: May 22, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and ~~Proposed~~ Order               -2-

**O R D E R**

The court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, ADOPTS the parties' stipulation in its entirety as its order. Accordingly, the Sentencing Hearing as to Defendant Julio Cesar Sarabia set for June 13, 2025, is VACATED and RESET for September 19, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The court finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy sentencing.

IT IS SO ORDERED.

Dated:   **May 23, 2025**

_____
Dena Coggins
United States District Judge