HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO SARABIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JULIO SARABIA,<br><br>　　　　Defendants. | Case No. 2:24-cr-00164-DC-1<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: September 19, 2025<br>Time: 9:30 AM<br>Judge: Hon. Dena M. Coggins |

　　　　IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for JULIO SARABIA, that the sentencing hearing scheduled for September 19, 2025, at 9:30 a.m., be vacated and the matter continued to November 14, 2025, at 9:30 a.m.

　　　　The defense requests the additional time in order to investigate facts related to informal objections which have been filed and other mitigation evidence. Additional time is needed for counsel to travel to Taft, California to meet the client to prepare for sentencing and the possibility of testifying regarding the objections. This is the second requested continuance of the Sentencing Hearing in this matter.

　　　　Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy sentencing.

Stipulation and Proposed Order　　　　　　　　　　　　-1-

DATED: September 9, 2025

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Douglas J. Beevers*
                                              DOUGLAS J. BEEVERS
                                              Assistant Federal Defender
                                              Attorney for JULIO SARABIA

DATED: September 9, 2025          ERIC GRANT
                                              Acting United States Attorney

                                              */s/ Jason Hitt*
                                              JASON HITT
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Sentencing Hearing scheduled for September 19, 2025, is VACATED and RESET for November 14, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than October 31, 2025, and Reply, or Statement of Non-Opposition shall be submitted no later than November 7, 2025.

IT IS SO ORDERED.

Dated:   **September 10, 2025**

_____
Dena Coggins
United States District Judge