1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIO SARABIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:24-cr-00164-DC-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) |
| JULIO SARABIA, | ) Judge: Hon. Dena M. Coggins |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for JULIO SARABIA, that the sentencing hearing scheduled for November 14, 2025, at 9:30 a.m., be vacated and the matter continued to March 5, 2026, at 9:30 a.m.

The defense requests the additional time in order to investigate exculpatory evidence. This is the second requested continuance of the Sentencing Hearing in this matter.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy sentencing.

U.S Probation does not object to the new date.

The parties further request that the PSR schedule be modified with the new sentencing date as follows:

Stipulation and Order                    -1-

| | |
|---|---|
| Formal Objections/Motions for Correction due: | February 19, 2026 |
| Reply/Non-Opposition due: | February 26, 2026 |
| Judgment & Sentencing: | March 5, 2026 |

DATED: November 7, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JULIO SARABIA

DATED: November 7, 2025

ERIC GRANT
Acting United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulation filed on November 7, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Sentencing Hearing scheduled for November 14, 2025, is VACATED and RESET for March 5, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than February 19, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 26, 2026.

IT IS SO ORDERED.

Dated: **November 8, 2025**

_____
Dena Coggins
United States District Judge