ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00164-DC |
| Plaintiff, | STIPULATION TO RESET THE SENTENCING HEARING DATE FOR DEFENDANT JULIO |
| v. | SARABIA; [~~PROPOSED~~] ORDER |
| JULIO SARABIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on March 5, 2026.  ECF 134.

2.    By this stipulation, the parties now move to continue the sentencing date until August 14, 2026.

3.      The defendant faces a significant period of incarceration and the parties believe additional time will provide defense counsel with an opportunity mitigate the defendant's sentencing exposure.

IT IS SO STIPULATED.


Dated:  March 2, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ *Jason Hitt*
                                                        JASON HITT
                                                        Assistant United States Attorney


Dated:  March 2, 2026                                    /s/ *Douglas J. Beevers, Esq.*
                                                        Douglas J. Beevers, Esq.
                                                        Counsel for Defendant
                                                        JULIO SARABIA

## ORDER

IT IS HEREBY ORDERED as to Defendant Julio Sarabia, the court, having received, read and considered the parties' stipulation filed on March 2, 2026 (Doc. No. 160), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing.  Accordingly, the Sentencing Hearing scheduled for March 5, 2026, is VACATED and RESET for August 14, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than July 31, 2026; and Reply, or Statement of Non-Opposition and any additional briefing the parties want the court to consider shall be submitted no later than August 6, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **March 3, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION TO RESET THE SENTENCING HEARING DATE FOR
DEFENDANT JULIO SARABIA; ORDER

3