HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO SARABIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULIO SARABIA,<br>Defendants. | Case No. 2:24-cr-00164-DC-1<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: August 14, 2026<br>Time: 9:30 AM<br>Judge: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for JULIO SARABIA, that the sentencing hearing scheduled for August 14, 2026, at 9:30 a.m., be vacated and the matter continued to December 11, 2026, at 9:30 a.m.

The defense requests the additional time in order to investigate mitigation evidence. The government and US Probation do not oppose this request.

//

//

//

DATED: August 10, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JULIO SARABIA

DATED: August 10, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED as to Julio Cesar Sarabia, the court, having received, read and considered the parties' stipulation filed on August 10, 2026 (Doc. No. 184), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing. Accordingly, the Sentencing Hearing scheduled for August 14, 2026, is VACATED and RESET for December 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than November 25, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than December 3, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dena Coggins
United States District Judge