HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO SARABIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO SARABIA,<br><br>Defendants. | Case No. 2:24-cr-00164-DC-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: December 11, 2026<br>Time: 9:30 AM<br>Judge: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for JULIO SARABIA, that the sentencing hearing scheduled for December 11, 2026, at 9:30 a.m., be vacated and the matter continued to February 5, 2027, at 9:30 a.m.

The defense requests the additional time in order to collect additional exculpatory evidence regarding the contested objection and §3553 factors. The government and US Probation do not oppose this request.

//

//

//

DATED: October 28, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JULIO SARABIA

DATED: October 28, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED as to Julio Cesar Sarabia, the court, having received, read and considered the parties' stipulation filed on October 28, 2026 (Doc. No. 196), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing. Accordingly, the Sentencing Hearing scheduled for December 11, 2026, is VACATED and RESET for February 5, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction to the Presentence Investigation Report shall be submitted no later than January 22, 2027; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than January 28, 2027 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dena Coggins
United States District Judge